JOSEPH P. HARDY (SBN: 7370)
LISA K GARNER (Pro Hac Vice)
GORDON & REES LLP
3770 Howard Hughes Pkwy, Ste. 100
Las Vegas, NV 89169
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: jhardy@gordonrees.com
Email: lgarner@gordonrees.com

Attorneys for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM W. PAUL,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, AND DOES I THROUGH V,<br><br>    Defendants. | CASE NO. 2:08-cv-00977-RLH-LRL<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**ORDER**

The parties having stipulated that this matter has been resolved and each side to bear their own attorney's fees and costs, The Prudential Insurance Company of America is hereby dismissed from this action with prejudice.

**IT IS SO ORDERED.**

Dated: July 28, 2010.

_____
The Honorable Roger L. Hunt
U.S. District Court

1