FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV  89169
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411
E-Mail Address:  agolden@laborlawyers.com

Attorneys for Defendant
Harrah's Operating Company, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM M. PAUL,<br><br>          Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; HARRAH'S OPERATING COMPANY, INC.; AND DOES I THROUGH V,<br><br>          Defendants. | Case No.: 2:08-cv-00977-RLH-LRL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff, William M. Paul, through his counsel of record, and Defendant Harrah's Operating Company, Inc. ("Harrah's"), through its counsel of record, that Harrah's shall be dismissed from this

. . .

. . .

. . .

- 1 -

1 action, with prejudice, each party to bear its own attorney's fees and costs.

| | |
|---|---|
| FISHER & PHILLIPS LLP | CHRISTOPHER G. GELLNER, P.C. |
| By /s/ Mark J. Ricciardi<br>   Mark J. Ricciardi, Esq.<br>   Anthony B. Golden, Esq.<br>   3800 Howard Hughes Parkway<br>   Suite 950<br>   Las Vegas, Nevada  89109<br>   (702) 252-3131 | By /s/Christopher G. Gellner<br>   Christopher G. Gellner, Esq.<br>   528 S. Casino Center Blvd.<br>   3rd Floor<br>   Las Vegas, Nevada  89101<br>   (702) 386-9393 |
| Attorneys for Defendant<br>Harrah's Operating Company, Inc. | Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: August 23, 2010

**FISHER & PHILLIPS LLP**
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169